**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

**CRIMINAL DOCKET NO. 5:04CR28-V**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>LILLIAN LEANN GRUBB )<br>_____) | **O R D E R<br>FOR EXPERT FEES** |

**THIS MATTER** is before the Court on Defendant's Motion For Psychological Expert Additional Payment, filed 20 December 2005. In his Motion, Defendant requests authorization for additional funds for the evaluation that was conducted and filed with the Court for sentencing purposes. The complexity of the clinical picture, as well as the Defendant's availability, necessitated more than average time to complete the evaluation. For the reasons stated in Defendant's Motion, the Court finds that the requested services are necessary and that Defendant is indigent and financially unable to obtain such services. **18 U.S.C. §3006A(e)(1).**

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion For Psychological Expert Additional Payment is **GRANTED**.

**IT IS, FURTHER ORDERED** that SCN Psychological & Consulting Services, LLC shall be compensated in an additional amount, up to $3,451.45, exclusive of expenses reasonably incurred, subject to determination of reasonableness. The Clerk is directed to send copies of this Order to defense counsel, and the attorney for the United States.

Signed: January 17, 2006

Richard L. Voorhees
United States District Judge